**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Michael Zucchero, | Case No. 1:26-cv-00205 |
| *Plaintiff,* | |
| v. | |
| Bizango, *et al.*, | |
| *Defendants.* | **Declaration of Evan Cole** |

I, Evan Cole, state and swear as follows:

### I.    Introduction

1.    My name is Evan Cole. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein.

2.    I am the Head of Investigations at CyberJustice Law Group. I am experienced in blockchain investigations and am knowledgeable about the cryptocurrency scam epidemic and the tactics of cybercriminals like the Defendants in this case. I hold the Blockchain Intelligence Group Advanced Certified Cryptocurrency Investigator certification, the Lukka Data Solutions Cryptocurrency Asset Investigations I certification, and the Chainalysis Reactor and Chainalysis Cryptocurrency Fundamentals certifications.

## II.    Cryptocurrency Scams

3.    I have reviewed the Verified Complaint filed in this matter, including its factual allegations concerning how the Defendants' employment scheme was carried out against Michael Zucchero. Based on my training and professional experience investigating scams, the facts alleged in the Complaint are consistent with the characteristics and methods of task based employment scams as I have observed them in my professional work. The method of initial contact, the phases in which the scam progressed, the degree of emotional and psychological manipulation involved, and the nature of the fraudulent employment platform are all hallmarks of a scam operation.

## III.    Blockchain Background

4.    I have reviewed the sections of the Complaint concerning blockchain technology, blockchain-tracing methodologies, and crypto-asset recovery methods. Based on my training and experience, I verify that the statements set out there are true and correct.

## IV.    Blockchain Tracing

5.    I used the blockchain tracing tools Chainalysis Reactor, Lukka Investigator, and Blockchain Intelligence Group Compliance Suite in this investigation. Through analysis of transaction data relating to Michael Zucchero's interactions with the Bizango task platform, I observed asset flows involving deposits, escalation of account status, and ultimately unauthorized withdrawal via a smart contract. I traced Mr. Zucchero's assets through

several intermediate addresses to endpoints including exchange platforms OKX and Binance. The Target Addresses and their associated exchanges are set forth below.

| Target Address | Associated Exchange |
| --- | --- |
| TJ9VNNwZQDyx8ndqNyhn79P8GsFUccmvx2 | OKX |
| TLcuejefcvpnpPECC883ee5qoQaoHFnCFE | Binance |
| TNEhPWQQACpYXp3B7ZryPtPJ3BW1BK9zo1 | OKX |

## V.    V. Open-Source Intelligence Investigation

6.      I conducted an open-source intelligence investigation in this case. I found that Romano, along with various Bizango affiliates and support staff, communicated with Michael Zucchero using WhatsApp, which is relevant to identifying key individuals involved and preserving communications for discovery. Further, Bizango's web domains are associated with Cloudflare IP addresses, establishing an infrastructure link that can assist in tracing website operations and related data. My investigation also determined that Tencent is the registrar for these domains, providing a point of contact and source of registration records potentially revealing the actors behind Bizango. Additionally, Bizango's customer support email address utilizes MX services provided by NetDesign Host, which could allow for further identification and discovery of pertinent electronic communications. These findings establish the technological and

communication infrastructure supporting Bizango's activities, offering critical avenues for identifying responsible parties and preserving evidence.

### VI.    Subpoena Targets

7.    Mr. Zucchero set out the proposed subpoena targets in the Motion. I explain the connection of each of these subpoena targets to this case below.

8.    These subpoena targets are likely to be in possession of biographical, contact, payments, and/or account-activity information about the Defendants. Businesses like those operated by the proposed subpoena targets typically maintain such information in databases that allow for straightforward data isolation and export, such that the burden of providing the information requested will be minimal.

| Subpoena Target | Connection to Case |
|---|---|
| WhatsApp, LLC | Romano and various Bizango affiliates and Bizango support staff communicated with Mr. Zucchero via WhatsApp. |
| Cloudflare, Inc. | Bizango's web domains are hosted on IP addresses associated with Cloudflare. |
| Tencent Holdings Ltd | Tencent is the domain registrar for Bizango's web domains. |
| NetDesign Host Co. Ltd. | Bizango's customer support email address uses NetDesign Host's MX services. |

## VII.   Service Targets

9.    I  identified  the  following  methods  through  which  the Defendants communicated or transacted with the Plaintiff, and by which they can receive alternate service of process.

| Target | Method | Explanation |
|---|---|---|
| Bizango | NFT transfer | Bizango provided blockchain addresses to Mr. Zucchero that are capable of receiving service of process via NFT transfer. |
| Bizango | Email | Bizango provided a customer support email address to Mr. Zucchero. |
| Selena Romano | SMS | Romano communicated with Mr. Zucchero via SMS message. |
| Bizango | Whatsapp | Bizango representatives communicated with Mr. Zucchero via WhatsApp. |
| Selena Romano | Whatsapp | Romano communicated with Mr. Zucchero via WhatsApp. |

[SIGNATURE PAGE FOLLOWS]

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

**Evan Cole**
Head of Investigations
CyberJustice Law Group
evan@cyberjusticelaw.com
2026-05-26