IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL ZUCCHERO, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:26-CV-00205 |
| BIZANGO, SELENA ROMANO, OKX OFF- | § | JUDGE MICHAEL J. TRUNCALE |
| RAMP DEFENDANT, BINANCE OFF- | § | |
| RAMP DEFENDANT, | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF HEARING

PLEASE BE ADVISED AND TAKE NOTICE that an Evidentiary/Preliminary Injunction Hearing is set

before this Honorable Court on **June 15, 2026 at 2:30 p.m. in Courtroom 2, Jack Brooks Federal**

**Courthouse, 300 Willow Street, Beaumont, Texas.**

**SIGNED this 6th day of June, 2026.**

Michael J. Truncale
United States District Judge