**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

Michael Zucchero,

   *Plaintiff,*

  v.

Bizango, *et al.*,

   *Defendants.*

Case No. 1:26-cv-00205

**Proof of Service**

I, Evan Cole, state and swear as follows.

I hereby certify that on June 11, 2026, I served the Defendants in this matter with notice of the upcoming Preliminary Injunction hearing via the means authorized in the Order Granting Plaintiff's Motion for Alternate Service.

- 1 -

- 2 -

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
The Hoda Law Firm, PLLC

Dated:   June 11, 2026