UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL ZUCCHERO, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:26-cv-00205 |
| BIZANGO; SELENA ROMANO; OKX | § | JUDGE MICHAEL J. TRUNCALE |
| OFF-RAMP DEFENDANT; and THE | § | |
| BINANCE OFF-RAMP DEFENDANT, | § | |
| | § | |
| *Defendants*. | § | |

## **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

PLEASE BE ADVISED AND TAKE NOTICE that the above-styled case is set for a

Telephonic Status Conference before this Honorable Court on **July 16, 2026 at 10:00 a.m.**

Information for the call is below:

    Dial-In#: 571-353-2301
    Guest ID: 644304870

**SIGNED this 1st day of July, 2026.**

_____
Michael J. Truncale
United States District Judge