**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

Michael Zucchero,

      *Plaintiff,*

    v.

Bizango, *et al.*,

      *Defendants.*

Case No. 1:26-cv-00205

**Proof of Service**

I, Evan Cole, state and swear as follows.

I hereby certify that on July 13, 2026, I served defendants Bizango and Selena Romano via email and WhatsApp, respectively, with the Summons, Complaint, and Order Granting Plaintiff's Motion for Alternate Service.

- 1 -

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____

Evan Cole
The Hoda Law Firm, PLLC

Dated:    July 13, 2026